1  MICHAEL L. WHITCOMB, ESQ. (SBN: 86744)
   MICHAEL L. JOHNSON, ESQ. (SBN: 88884)
2  UNION PACIFIC RAILROAD COMPANY
   Law Department
3  10031 Foothills Boulevard, Suite 200
   Roseville, CA  95747
4  General:     916-789-6400
   Direct:      916-789-6231                    OK/HAV
5  Fax:         916-789-6227

6  Attorneys for Defendant
   UNION PACIFIC RAILROAD COMPANY
7

8                IN THE UNITED STATES DISTRICT COURT

9            IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 PAUL HALL,                          Case No.: CIV-S-03-2032 DFL JFM

12         Plaintiff,

13     vs.

14 UNION PACIFIC RAILROAD COMPANY,

15         Defendant.

                 STIPULATION RE: EXPERT CUTOFF DATES,
                   TRIAL DATE AND RELATED EVENTS

-1-

1  IT IS HEREBY STIPULATED by and between the parties, through their attorneys
2  of record, that the following dates be continued as set forth herein:
3  Expert discovery cutoff to remain open up to and including August 31, 2005 as to
4  Jerome Schofferman, M.D. only.
5  All remaining dates to remain as previously determined as set forth below:

| | | |
|---|---|---|
| Last day to file dispositive motions: | July 13, 2005 | |
| Last day to hear dispositive motions: | August 10, 2005 | 10:00 a.m. |
| Last day to file joint pretrial statement: | September 7, 2005 | |
| Pretrial Conference: | September 14, 2005 | 4:00 p.m. |
| Trial: | November 7, 2005 | 9:00 a.m. |

DATED: May 27, 2005        LAW OFFICES OF LARRY LOCKSHIN, ESQ.

By:     /S/
       LARRY LOCKSHIN
       Attorneys for Plaintiff
       PAUL HALL

DATED: May 27, 2005        MICHAEL L. WHITCOMB, ESQ.
                           MICHAEL L. JOHNSON, ESQ.

By:     /S/
       MICHAEL L. JOHNSON
       Attorneys for Defendant
       UNION PACIFIC RAILROAD COMPANY

///
///
///
///
///
///
///
///

## ORDER

Having considered the papers and records on file herein and upon reviewing the Stipulation by and between the parties, through their attorneys of record,

IT IS HEREBY ORDERED that all dates will remain in effect with the exception of the expert discovery cutoff date as to Jerome Schofferman, M.D. only. Discovery will remain open through and including August 31, 2005 as to Dr. Schofferman.

IT IS SO ORDERED.

DATED:  5/31/2005

_____

DAVID F. LEVI

United States District Judge

MLJ:cav
G:\Lawadmin\Team #E\Hall\PLEADINGS\STIP-expt&trial&dates.doc