Larry Lockshin, Esq. (SBN 61926)
Diana Esquivel, Esq. (SBN 202954)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
701 University Avenue, Suite 100
Sacramento, CA  95825
Telephone:  (916) 649-3777
Facsimile:   (916) 649-3779
Email:          LockshinLawCorp@aol.com

OK/HAV

Attorneys for Plaintiff
PAUL JASON HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PAUL JASON HALL, | ) | No. CIV-S-03-2032 DFL/JFM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE** |
| v. | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | Judge:  Hon. David F. Levi<br>Ctrm:    7<br>Trial: June 5, 2006<br>PTC: April 7, 2006 |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED to by and between plaintiff Paul Jason Hall and defendant Union Pacific Railroad Company that the June 5, 2006 trial in this matter be continued for six months and that all related dates, including the Final Pretrial Conference, currently set for April 7th, be continued accordingly.

Good cause exists to continue the trial.  In March 2006, Hall returned to work for the Union Pacific and placed on light duty work.  He is scheduled to begin train service next week with the goal that he will subsequently become an engineer.  This is a trial basis to see how Hall does.  If Hall is unable to successfully work as a railroad engineer, he will return to his vocational training goal of pursuing his college degree as a teacher.  This will have a direct impact on plaintiff's loss of earnings and earning capacity damages.  A continuance of the June 5th trial is therefore necessary to allow Hall to complete this return-to-work period.

Good cause also exists because counsel for Union Pacific, Michael Johnson, recently learned of a potential trial conflict. Mr. Johnson is scheduled to begin trial in the matter of *Coots v. Union Pacific Railroad Co.* (Fresno County Superior Court No. 04 CE CG 00317 DSB) on May 23rd. Mr. Johnson anticipates the trial will take approximately 60 days to complete.

IT IS SO STIPULATED AND AGREED.

Dated: March 29, 2006          LARRY LOCKSHIN, ESQ.
                               A Law Corporation


                               By:     /S/
                                   Larry Lockshin
                                   Diana Esquivel
                                   Attorneys for Plaintiff

Dated: March 29, 2006          UNION PACIFIC R.R. CO. LAW DEPT.


                               By:     /S/
                                   Michael Johnson
                                   Attorneys for Defendant

G:\DOCS\LEV\3. Signed Orders to be Processed\03cv2032.o.43.wpd.wpd

Larry Lockshin, Esq. (SBN 61926)
Diana Esquivel, Esq. (SBN 202954)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
701 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 649-3777
Facsimile: (916) 649-3779
Email: LockshinLawCorp@aol.com

Attorneys for Plaintiff
PAUL JASON HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JASON HALL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　Defendant. | No. CIV-S-03-2032 DFL/JFM<br><br>**ORDER CONTINUING TRIAL AND PRETRIAL CONFERENCE** |

Based on the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that the trial is continued to 1/8/07 at 8:30 a.m. The Pretrial Conference shall be held in this Court on 11/3/06 at 3:00 p.m. Pretrial Statements shall be filed no later than 10/27/06.

**IT IS SO ORDERED.**

Dated: March 31, 2006

_____
DAVID F. LEVI
United States District Judge

Order Continuing Trial and
Pretrial Conference