Larry Lockshin, Esq. (SBN 61926)
Diana Esquivel, Esq. (SBN 202954)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:  (916) 649-3777
Facsimile:   (916) 649-3779
Email:         LockshinLawCorp@aol.com

Attorneys for Plaintiff
PAUL JASON HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JASON HALL, | **No. CIV-S-03-2032 JAM JFM** |
| Plaintiff, | |
| v. | Judge: **John A. Mendez** |
| UNION PACIFIC RAILROAD COMPANY, | Trial Date: vacated |
| Defendant. | |

**VOLUNTARY DISMISSAL BY STIPULATION AND ORDER**

1  Plaintiff, PAUL J. HALL, by and through his counsel, Larry Lockshin, Esq.,
2 A Law Corporation, and Defendant UNION PACIFIC RAILROAD, by and through
3 their attorney, Michael Johnson, Esq. hereby stipulate that the above-entitled action
4 may be dismissed with prejudice.  Each party to bear its own costs and fees.

DATED: December 10, 2007        UNION PACIFIC RAILROAD COMPANY

By_/s/_____
   MICHAEL JOHNSON, ESQ.
   Attorneys for Defendant

DATED: December 10, 2007        LARRY LOCKSHIN, ESQ.
                                A Law Corporation

By:_/s/_____
   LARRY LOCKSHIN, ESQ.
   Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: May 9, 2008              /s/ John A. Mendez_____
                                Honorable **John A. Mendez**
                                United States District Court Judge

Voluntary Dismissal by Stipulation and Order